**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIO SANCHEZ NAVA,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN, et al.,<br><br>Defendants. | Case No. 5:26-cv-06199-HDV-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, [Dkt. 13], the Court adjudges that the Petition is granted and Respondents are permanently enjoined from:

(i) Re-detaining Petitioner without providing him with a pre-detention bond hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required; and

(ii) Placing any additional supervision conditions on Petitioner's release that are more onerous than those previously imposed prior to his recent detention.

The court hereby closes the case and retains jurisdiction for enforcement and any attendant matters.

Dated: October 29, 2026

Hernán D. Vera
United States District Judge